# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MENDEZ,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES D. HARTLEY, Warden,<br><br>    Respondent. | Case No. 1:13-cv-00914 AWI GSA HC<br><br>ORDER DISMISSING NOTICE OF APPEAL AND REQUEST FOR CERTIFICATE OF APPEALABILITY<br><br>[ECF NO. 18] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On December 12, 2013, the Court issued a Findings and Recommendation that recommended Respondent's motion to dismiss the petition be GRANTED and the petition be DISMISSED. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

    On January 10, 2014, Petitioner submitted a notice of appeal and request for certificate of appealability to the Ninth Circuit Court of Appeals. The Ninth Circuit forwarded the notice to this Court. On January 21, 2014, Petitioner filed objections to the Findings and Recommendation.

    Rule 4(a)(1) of the Federal Rules of Appellate Procedure states in relevant part:

    (1) Time for Filing a Notice of Appeal.

1

> (A) In a civil case, except as provided in Rules 4(a)(1)(B), 4(a)(4), and 4(c), the notice of appeal required by Rule 3 must be filed with the district clerk within 30 days *after the judgment or order appealed from is entered*.

(emphasis added). Because a judgment or final order has not been entered in the instant case, Petitioner's notice of appeal is premature.

Accordingly, the Court HEREBY ORDERS that Petitioner's notice of appeal and request for certificate of appealability is DISMISSED with leave to renew the motion at a later date.

IT IS SO ORDERED.

Dated:  **January 24, 2014**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE